1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,          No. 2:19-cr-00210-CKD
12              Plaintiff,
13        v.                            ORDER
14   BOBBY G. GRAY
15              Defendant.
16
17        On 9/25/2019, the defendant paid a total amount of $55. The ticket issued CA52
18   9163782 shows the amount due as a $25 fine and $30 processing fee for a total amount of $55.
19        On 8/22/2019, the United States moved to dismiss this citation, and the Court granted the
20   dismissal.
21        Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $55 due to
22   dismissal of this matter.
23        IT IS SO ORDERED.
24   Dated: September 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1